IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01819-PAB-KLM

RICHARD GEORGE,
STEVEN LEAVITT,
SANDRA LEAVITT,
   and all others similarly situated,

   Plaintiffs,

v.

URBAN SETTLEMENT SERVICES doing business as Urban Lending Solutions, and BANK OF AMERICA, N.A.,

   Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Defendant Bank of America, N.A.'s **Unopposed Motion to Reschedule Scheduling/Planning Conference** [#23][1] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#23] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Scheduling Conference set for November 13, 2013 at 10:00 a.m. is **VACATED** and **RESET** to **December 10, 2013 at 11:00 a.m.** in Courtroom C-204 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures. The parties shall submit the proposed scheduling order no later than **December 3, 2013**.

Dated: October 30, 2013

---

[1] "[#23]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.