IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01819-PAB-KLM

RICHARD GEORGE,
STEVEN LEAVITT,
SANDRA LEAVITT,
     and all others similarly situated,

     Plaintiffs,

v.

URBAN SETTLEMENT SERVICES doing business as Urban Lending Solutions, and BANK OF AMERICA, N.A.,

     Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on **Defendant Bank of America, N.A.'s Motion to Stay Discovery [#27]**[1] (the "Motion"). Defendant Urban Lending Solutions joined in the Motion [#29] and Plaintiffs do not oppose the relief requested subject to Defendants' agreement to make supplemental initial disclosures by January 31, 2014 [#31].

     IT IS HEREBY **ORDERED** that the Motion [#27] is **GRANTED** as follows: discovery is **STAYED** pending adjudication of Defendant Urban Lending's Motion to Dismiss First Amended Class Action Complaint [#13] and Defendant Bank of America, N.A.'s Motion to Dismiss the First Amended Class Action Complaint [#14] with the exception that Defendants shall supplement their initial disclosures **on or before January 31, 2014** to identify each employee who handled each named Plaintiff's loan modification(s) and workout request(s) on a substantive, individual loan-level basis, to the extent such people are identifiable from Defendants' loan files, and note (a) whether the identified employees are still employed by the respective Defendant and (b) if former employees, their last known addresses and telephone numbers.

     Dated:  January 6, 2014

---

[1] "[#27]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.