## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-01819-PAB-KLM

RICHARD GEORGE,
STEVEN LEAVITT,
SANDRA LEAVITT,
DARRELL DALTON,
and all others similarly situated,

      Plaintiffs,

v.

URBAN SETTLEMENT SERVICES, d/b/a Urban Lending Solutions, and
BANK OF AMERICA, N.A.,

      Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 42] of United States District Judge Philip A. Brimmer entered on September 30, 2014, it is

**ORDERED** that Urban Settlement Services' Motion to Dismiss the First Amended Class Action Complaint [Docket No. 13] is **GRANTED**.  It is further

**ORDERED** that Bank of America, N.A.'s Motion to Dismiss the First Amended Class Action Complaint [Docket No. 14] is **GRANTED**.  It is further

**ORDERED** that judgment is hereby entered in favor of defendants Urban Settlement Services and Bank of America, N.A. and against plaintiffs Richard George, Steven Leavitt, Sandra Leavitt, and Darrell Dalton.  It is further

**ORDERED** that defendants are **AWARDED** their costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is further

**ORDERED** that this case is dismissed in its entirety.

Dated at Denver, Colorado this 30th day of September, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

s/Jennifer Hawkins

Jennifer Hawkins
Deputy Clerk